**Steven Frank JACKSON, Petitioner—Appellant,**

v.

**T. FELKNER, Respondent—Appellee.**

**No. 09–15379.**

United States Court of Appeals, Ninth Circuit.

Jan. 12, 2012.

Mark Eibert, Esquire, Half Moon Bay, CA, for Petitioner–Appellant.

Tami M. Krenzin, Deputy Attorney General, Justain Riley, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: SCHROEDER and RAWLINSON, Circuit Judges, and COLLINS, District Judge.*

## ORDER

The judgment of this court, *Jackson v. Felkner*, 389 Fed.Appx. 640 (9th Cir.2010), was reversed by the United States Supreme Court. *See Felkner v. Jackson*, ––– U.S. –––, 131 S.Ct. 1305, 179 L.Ed.2d 374 (2011). This case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court.